IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>       Defendants. | Case No. 22-cv-5390<br><br>Judge Virginia M. Kendall |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff and Defendant No. 208 "Shenzhen Dali Industry Co., Ltd.", No. 209 "Shenzhen Rongxiner Network Technology Co., Ltd.", No. 210 "Shenzhen Xiaoyanzifei Network Technology Co., Ltd.", No. 211 "shenzhenshimeihuidawangluokejiyouxiangongsi", ("Defendants"), acting through counsel, hereby agree to and move this Court for entry of the Consent Judgment attached hereto.

Date: May 5, 2023

/s/ *Michael A. Hierl*
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison, Suite 400
Chicago, Illinois 60602
(312) 580-0100
mhierl@hsplegal.com

Attorneys for Plaintiff

/s/ *Lydia Pittaway*
Lydia Pittaway
Of Counsel, Ford Banister IP
305 Broadway, Floor 7
New York, NY 1007
212-500-3268
lpittaway@fordbanister.com

Attorney for Defendants
Nos. 208 209 210 211

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 5, 2023.

                                                       s/Michael A. Hierl